

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00768-CR

Juan David **BERNAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court 3, Tarrant County, Texas
Trial Court No. 1297786D
The Honorable Robb Catalano, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 9, 2014.

Catherine Stone, Chief Justice